IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 15-0126 WHA |
| Plaintiff, | |
| v. | **NOTICE RE PRETRIAL CONFERENCE AND MOTIONS IN LIMINE** |
| JOHN MCGAHA, RICHARD BUSH, AND DOMINIC GRISSETT, | |
| Defendants. | |

Trial in this case is set for May 2 and the pretrial conference is set for April 28. The deadline for filing any motions in limine was yesterday, April 14. The government filed seven motions but nothing was filed by any of the three defendants. The pretrial conference shall go forward as scheduled on April 28 and only the government's motions will be heard. Trial shall go forward as scheduled on May 2 unless the case is dismissed or all three defendants plead guilty before then.

Dated: April 15, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE