IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOHN MCGAHA,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　　／ | No. CR 15-0126 WHA<br><br>**ORDER TO SHOW CAUSE<br>RE MOVING TRIAL DATE** |

　　　　Due to unavoidable scheduling issues, the Court plans to move the start date of our trial up to **APRIL 28, 2016, AT 7:30 A.M.**, with the pretrial conference to take place at the end of the criminal calendar on **APRIL 26, AT 2:00 P.M.** All pretrial filing deadlines would remain as scheduled. The trial would begin on Thursday April 28, and continue on Friday and the following Monday, to conclude at the absolute latest by Wednesday, May 3 (including verdict).

　　　　If the parties show very good cause (sworn to under oath) the Court would consider moving the trial to **JULY 18, 2016**, assuming the parties would agree to exclude time under the Speedy Trial Act. Both sides are requested to respond to this order by **5:00 P.M. TODAY.** In addition, the government is requested state how many days remain on the speedy-trial clock for defendant McGaha.

　　　　**IT IS SO ORDERED.**

Dated: April 20, 2016.

　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE