**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

  v.

JOHN MCGAHA,

      Defendants.

                           /

No. CR 15-0126 WHA

**ORDER ADVANCING TRIAL
DATE AND PRETRIAL
CONFERENCE**

      Based on the government's submission, dated April 20, the pretrial conference is hereby advanced to **APRIL 26, 2016, AT 2:00 P.M.**, and the trial shall begin on **APRIL 28, 2016, AT 7:30 A.M.** The government shall please cooperate with defense counsel in connection with the subpoena of the two FBI agents mentioned in the submission. With respect to the pending request for special arrangements for the government's undercover witness, this will be discussed at the pretrial conference, but the burden will be on the government to make all technical arrangements, failing which, the witness will appear in public court in the normal way. Accordingly, it would behoove the government to line up technical arrangements as soon as possible.

      **IT IS SO ORDERED.**

Dated: April 21, 2016.

                                 WILLIAM ALSUP
                                 UNITED STATES DISTRICT JUDGE