PAUL F. DeMEESTER (CA SBN 148578)
Attorney at Law
1766A – 18th Street
San Francisco, California 94107
415.305.7280; 415.861.2695 (fax)
e-mail: paulfdemeester@msn.com

Attorney for Defendant JOHN DAVID McGAHA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 15-0126-WHA |
| Plaintiff, | **Defendant's Request for Court Order to Impose Briefing Schedule re Rule 29 Motions and [Proposed] Order** |
| vs. | |
| JOHN DAVID McGAHA, | Date: Tuesday, August 16, 2016 Time: 2 p.m. Court: Hon. William Alsup, Judge |
| Defendant. | |

Defendant JOHN DAVID McGAHA requests the Court to impose a briefing schedule on the issue of the defense Rule 29 motions based on deadlines proposed by defendant after consultation with Government counsel.  It is requested that the Court order Mr. McGaha to file his memorandum of points and authorities by Tuesday, July 5, 2016; the Government to file its opposition by Tuesday, July 26, 2016; and Mr. McGaha to reply by Tuesday, August 9, 2016.

DATED: May 18, 2016.

_____
Defendant's Request for Briefing Schedule and [Proposed] Order re Rule 29 Motions CR 15-0126-WHA

1

Respectfully submitted,

_____/s/_____
PAUL F. DeMEESTER
Attorney for Mr. McGaha

# [PROPOSED] ORDER

IT IS HEREBY ORDERED that defendant John David McGaha file his memorandum of points and authorities regarding the Rule 29 motions for judgment of acquittal by Tuesday, July 5, 2016; that the Government file its opposition thereto by Tuesday, July 26, 2016; and that Mr. McGaha file any reply by Tuesday, August 9, 2016.

DATED: May  31 , 2016.

_____
HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE