IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

JOHN MCGAHA,

    Defendant.

No. CR 15-0126 WHA

**REQUEST FOR FURTHER BRIEFING**

    At trial, the government elicited two different statements from Agent Joseph Vetter that have opposite meanings. At one point, Agent Vetter testified that defendant stated the following during the interview on March 18, 2015: "the money is what always gets you, not the drugs." Later in his testimony, Agent Vetter paraphrased the statement differently: "[h]e told us that it was not the money that gets you; it's the drugs" (*id.* at 141).

    **BY NOON ON AUGUST 19, 2016**, the parties shall submit briefs no longer than two pages regarding the significance of that discrepancy.

    **IT IS SO ORDERED.**

Dated: August 17, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE